No. 04–1223.  GRAJALES v. GONZALES, ATTORNEY GENERAL. C. A. 11th Cir.  Certiorari denied.

No. 04–1231.  TOLLIVER v. ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 04–1245.  ROACH v. ROACH.  Ct. App. Ariz.  Certiorari denied.

No. 04–1251.  MEDPOINTE HEALTHCARE, INC. v. HI-TECH PHARMACAL CO., INC.  C. A. Fed. Cir.  Certiorari denied.

No. 04–1256.  WHITE v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 04–1267.  ORD v. SECURITIES AND EXCHANGE COMMISSION ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 04–1271.  RUTTI v. WYOMING.  Sup. Ct. Wyo.  Certiorari denied.

No. 04–1308.  FLEISCHLI v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 04–8841.  O'GARA v. NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 04–8843.  SANCHO v. RAMIREZ ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 04–8844.  SMITH v. LAMARQUE, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 04–8846.  REDDEN v. RAFFERTY, WARDEN.  C. A. 3d Cir. Certiorari denied.

No. 04–8847.  MOONEY v. GEORGIA.  Ct. App. Ga.  Certiorari denied.

No. 04–8848.  DUARTE v. SNEDEKER, WARDEN.  C. A. 10th Cir. Certiorari denied.